## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 10-MJ-320-01** |
| | : | |
| **CURTIS EDWEN SMITH,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2113(a)** |
| **Defendant.** | : | **(Bank Robbery)** |
| | : | |
| | : | <u>**UNDER SEAL**</u> |

### INFORMATION

The United States Attorney charges that:

### <u>COUNT ONE</u>

On or about January 17, 2008, in the District of Columbia, the defendant, **CURTIS EDWEN SMITH**, did by intimidation, attempt to take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of the Bank of America, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT TWO

On or about January 28, 2008, in the District of Columbia, the defendant, **CURTIS EDWEN SMITH**, did by intimidation, take from the person or presence of another money belonging to, and in the care, custody, control, management and possession of the BB&T Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar Number 447889


By:        _____/s/_____
CASSIDY KESLER PINEGAR
Assistant United States Attorney
D.C. Bar Number 490163
Violent Crimes and Narcotics Trafficking Section
555 Fourth Street, NW, Room 4237
Washington, D.C. 20530
(202) 252-7765
Cassidy.Pinegar@usdoj.gov

2